## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JERAMEY R. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 07-117-PMF |
| | ) | |
| ROBERT HERTZ, JOHN LAKIN, | ) | |
| BRAD WELLS, DENNIS FISCHER, | ) | |
| JOHN GILBERT, JOHN McGUIRE, | ) | |
| JOE GULASH, BOB HOLLENBECK, | ) | |
| JODY COLLMAN, STEVE HUCH, | ) | |
| BOB RICHERT, JEFF HARTSOE, | ) | |
| MATT WERNER, MAYNARD HILL, | ) | |
| TRAVIS BOSICH, DON McNAUGHTON | ) | |
| BRAD BESSON, DIANE FRITSCHLE, | ) | |
| and COUNTY OF MADISON, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action having been decided by the Honorable Philip M. Frazier on motions for summary judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated February 24, 2010, summary judgment is hereby entered in favor of Defendants Robert Hertz, John Lakin, Brad Wells, Dennis Fischer, John Gilbert, John McGuire, Joe Gulash, Bob Hollenbeck, Jody Collman, Steve Huch, Bob Richert, Jeff Hartsoe, Matt Werner, Maynard Hill, Travis Bosich, Don McNaughton, and the County of Madison, Illinois, and against Plaintiff Jeramey R. Brown.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 17, 2010, summary judgment is hereby entered in favor of Defendants Brad Besson and Diane Fritschle, and against Plaintiff Jeramey R. Brown.

**DATED: March 18, 2010**                                    NANCY J. ROSENSTENGEL
                                                             CLERK OF THE COURT

                                                             By: s/Karen R. Metheney
                                                                  Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**