IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERAMEY R. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07-cv-117-PMF |
| | ) |
| ROBERT HERTZ, JOHN LAKIN, BRAD WELLS, DENNIS FISCHER, JOE GULASH, BOB HOLLENBECK, JODY COLLMAN, STEVE HUCH, BOB RICHERT, JEFF HARTSOE, MATT WERNER, MAYNARD HILL, TRAVIS, DON McNAUGHTON, BRAD BESSON, DIANE FRITSCHLE and COUNTY OF MADISON, ILLINOIS, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

This action came before the Court, Magistrate Judge Philip M. Frazier presiding, and the parties have advised that the action has been settled in its entirety.

IT IS THEREFORE ORDERED that the above-captioned matter is **DISMISSED with prejudice.** The parties shall bear their own costs.

**DATED:** March 20, 2012.      NANCY J. ROSENSTENGEL, CLERK

By: s/Karen R. Metheney
    Deputy Clerk

**APPROVED:**

s/ *Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE